IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ED SHOCKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:13-cv-0516 SEB-DKL |
| | ) |
| L & E ENGINEERING COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ed Shockley ("Shockley") and Defendant L&E Engineering Company ("L&E"), by their respective counsel, hereby stipulate and agree that any and all claims that were or could have been asserted by Shockley against L&E in this action have been resolved through a settlement, the terms of which are confidential. Each party shall bear his or its own costs and expenses, including attorney fees and court costs, incurred as against the other party to this Stipulation.

Dated: September 26, 2013        Respectfully submitted,

HENN HAWORTH CUMMINGS

/s/    Paul J. Cummings *(with permission)*

*Counsel for Plaintiff Ed Shockley*

David M. Henn
Paul J. Cummings
625 Madison Avenue, Suite A
Greenwood, Indiana  46142

(317) 885-0041
(888) 308-6503
David.henn@hhcfirm.com
Paul.cummings@hhcfirm.com


PLEWS SHADLEY RACHER & BRAUN LLP

 /s/    Christopher J. Braun

*Counsel for Defendant L&E Engineering Company*

Christopher J. Braun, Atty. No. 19930-49
Shelley M. Jackson, Atty. No. 27176-29
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana  46202-2415
Telephone:  317-637-0700
Facsimile:  317-637-0710
cbraun@psrb.com
sjackson@psrb.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of September, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                David M. Henn
                Paul J. Cummings
                Henn Haworth Cummings
                625 North Madison Avenue, Suite A
                Greenwood, Indiana  46142
                david.henn@hhcfirm.com
                paul.cummings@hhcfirm.com

                                      /s/   Christopher J. Braun_____